Alaina M. Stedillie (Wyoming Bar No. 6-4327)
astedillie@crowleyfleck.com
CROWLEY | FLECK
111 W 2nd St. #220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307

Brian N. Platt (*pro hac vice forthcoming*)
bplatt@wnlaw.com
Sarah Terry (*pro hac vice forthcoming*)
sterry@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff 9087389, LLC, dba Prepared Hero*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| 9087389, LLC, DBA PREPARED HERO | ) ) ) | Civil No:_____ |
| Plaintiff, | ) ) | [FILED UNDER SEAL] |
| vs. | ) ) | **Judge:** |
| PREPARED GEAR dba PREPAREDGEAR.CO, and JOHN DOES 1-10, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## PLAINTIFF'S VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT, COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION, AND COUNTERFEITING

Plaintiff 9087389, LLC, dba Prepared Hero ("Prepared Hero") complains and alleges as follows against Defendants Prepared Gear dba "PreparedGear.co," and John Does 1-10 (collectively, "Defendants").

### THE NATURE OF THE ACTION

1.      This action is brought by Prepared Hero, a well-known supplier of emergency tools and fire protection equipment.  Prepared Hero and its emergency products are trusted by more than 300,000 families.



Prepared Hero®

2



**Prepared Hero®**

2.      This action relates to acts of copyright infringement, trademark infringement, unfair competition, and counterfeiting by the Defendants, who operate several a website selling counterfeit products at https://get.preparedgear.co (the "Counterfeit Website"). Defendants and John Does 1-10 operate the Counterfeit Website.

3.      Defendants' website copies the real Prepared Hero website, using an identical and/or nearly-identical version of the Prepared Hero trademark logo, displaying photos of nearly identical Prepared Hero products, displaying exact copies of genuine Prepared Hero reviews, including links from the counterfeiter's website to Prepared Hero's website, holding itself out as having Prepared Hero's same address in its contact information, and copying Prepared Hero's copyrighted images, all without authorization from Prepared Hero.

4.      Defendants intentionally use the Counterfeit Website to confuse customers and freeride off of Prepared Hero's goodwill. Prepared Hero brings this action against the Defendants for counterfeiting, copyright infringement, trademark infringement, and unfair competition.

## THE PARTIES

5.      Prepared Hero is a corporation organized under the laws of Wyoming with a principal place of business at 30 North Gould Street, Suite E, Sheridan, Wyoming 82801.

6.      Defendant Prepared Gear is an unknown corporate entity that represents to the public that it is a corporation organized under the laws of Wyoming with a principal place of business at 30 North Gould Street, Suite E, Sheridan, Wyoming 82801.  However, the Defendant and its affiliates are counterfeiters. It is unclear where Defendants are located because they hide their identity through their webhost provider. Further, Defendants, as part of their counterfeiting, have included Prepared Hero's address on the Counterfeit Website under Prepared Gear's contact information. Defendants' contact phone number on get.preparedgear.co is affiliated with www.getairmate.com. The website www.getairmate.com is also without contact information other than the same phone number and an email address, listed below.  Upon information and belief, Defendants ship their counterfeit products from 755 Minor Drive in Escondido, California, and provide the email address support@preparedgear.co as contact information on the Counterfeit Website and support@getairmate.com as the contact on www.getairmate.com.

## JURISDICTION

7.      This Court has subject matter jurisdiction under 15 U.S.C. § 1121 (action arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1338(a) (any Act of Congress relating to patents, trademarks, or copyrights); 28 U.S.C. § 1338(b) (action asserting

4

claim of unfair competition joined with a substantial and related claim under the trademark laws); and 28 U.S.C. § 1367 (supplemental jurisdiction).

8.    This Court has personal jurisdiction over the Defendants because they have committed acts of trademark infringement and counterfeiting in violation of 15 U.S.C. § 1125 in this Judicial District, targeted Prepared Hero in this Judicial District, hold themselves out to the public as being located in this Judicial District, and have placed infringing products into the stream of commerce with the knowledge or understanding that such products are targeted at the State of Wyoming and this Judicial District.  In addition, the acts by Defendants are targeted to cause commercial injury to Prepared Hero in this Judicial District.  In addition, upon information and belief, Defendants derive substantial revenue from their sale of infringing products within this Judicial District and in the United States, expect their actions to have consequences within this Judicial District, and derive substantial revenue from interstate and international commerce directed both to and from this Judicial District.  The exercise of personal jurisdiction over each of the Defendants is proper under Wyoming's Long Arm Statute, Wyoming Code Ann § 1-5-107.

## VENUE

9.    Defendants are subject to personal jurisdiction in this Judicial District.  Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this claim took place in this District.  The Defendants transact business within this district and Prepared Hero has suffered harm in this District.  Venue is proper in this district under 28 U.S.C. § 1391(b)(3) because certain Defendants are individuals whose names and addresses of residence are unknown that are otherwise subject to personal jurisdiction in this District. Also, in the Contact Information on the Defendants' Counterfeit Website—which was copied from the

5

genuine www.PreparedHero.com website—Defendants inform the public that Wyoming law should apply by holding themselves out as a Wyoming business, located in the state of Wyoming, with a Wyoming address, thus have availed themselves of the privilege of doing business in Wyoming:



https://get.preparedgear.co/fire-blanket1

(captured December 19, 2023)

## BACKGROUND

10.    Prepared Hero launched in 2019 as a two-man operation derived from their passion to get people the tools and knowledge they need to keep their families safe, happy, and whole.

11.    Prepared Hero obtained registration for its first PREPARED HERO trademark in 2021. Since that time, Prepared Hero has continued to grow as a company.

| Date | Reg. No | Class | Mark |
|---|---|---|---|
| 10/19/2021 | 6529558 | 009 (Electrical Instruments) | PREPARED HERO |

12.    Prepared Hero invested significantly in advertising and promoting the PREPARED HERO mark, logos, and products nationwide.  The PREPARED HERO trademark remains fundamental to Prepared Hero's business, brand, and success in the minds of consumers who associate the PREPARED HERO mark with its goodwill, reputation, and quality products and services.

13.    Prepared Hero is the owner of U.S. Copyright Reg. TX 9-343-886 (the "'886 copyright" or "Prepared Hero Page"). Exhibit E. Defendants have made and used unauthorized reproductions of the '886 copyright in the Prepared Gear webpage without Prepared Hero's consent. *See* Exhibits A-C. A table comparing exemplary portions of the copyrighted Prepared Hero Page and the unauthorized Prepared Gear copied pages are shown below:



7



https://order.preparedhero.com/efb-7-reasons
(Genuine – Exhibit H)

https://get.preparedgear.co/7-reasons
(Unauthorized Copy – Exhibit C)

14.     In December of 2023, Prepared Hero received reports of a counterfeit website, which looks nearly identical to a genuine Prepared Hero website.  As demonstrated above, the

counterfeit website includes nearly identical copies on its webpages, including, https://get.preparedgear.co/fire-blanket1;                          https://get.preparedgear.co/hfs-checkout; https://get.preparedgear.co/7-reasons ("the Counterfeit Website"). Captured copies of the Counterfeit Website are attached hereto as Exhibits A-C.

15.     Defendants' acts violate Prepared Hero's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 501, including its exclusive rights to produce, reproduce, and distribute copies of its work, to create derivative works, and to publicly display its work.

16.     Defendants' infringement has been undertaken willfully with the intent to financially gain from Prepared Gear's copyrighted works, and with full knowledge of Prepared Gear's copyrighted work.

17.     Prepared Gear is entitled to its actual and/or statutory damages, disgorgement of Defendants' profits attributable to the infringement in an amount to be proved at trial, together with all other relief allowed under the Copyright Act.

18.     Because of Defendants' willful infringement, Prepared Hero is entitled to increased damages pursuant to 17 U.S.C. § 504(c)(2). In addition, Defendants' infringement has caused and continues to cause irreparable harm to Prepared Hero, for which it has no adequate remedy at law. Unless this Court restrains Defendants from infringing Prepared Hero's copyrighted work the harm will continue to occur in the future. Accordingly, Prepared Hero is entitled to a preliminary and permanent injunction.

19.     Defendants operate a counterfeit version of the Prepared Hero website at the URL go.preparedgear.co, which unlawfully and without authorization displays the Prepared Hero trademark to consumers (the "Fake Prepared Hero Website"). The Fake Prepared Hero Website

is attached hereto as Exhibit D.



go.preparedgear.co (Counterfeit Site)

20.     The Counterfeit Website also prominently features an *imitation* of the Prepared

Hero logo and registered PREPARED HERO mark.



10

Compare https://order.preparedhero.com/efb-7-reasons (Genuine) and

https://get.preparedgear.co/7-reasons (Unauthorized) and go.preparedgear.co (Counterfeit)

21.     On information and belief, the Fake Prepared Hero Website (go.preparedgear.co) was copied pixel-for-pixel from the real Prepared Hero website: https://preparedhero.com/.

22.     The Counterfeit Website has imitated Prepared Hero by placing a near-identical flame logo with identical coloring and sizing as its first element, which is exactly the same as the Prepared Hero logo. Additionally, the second elements are the exact same, namely, the word "PREPARED." Both companies' PREPARED terms are depicted in an indistinguishable white color, with almost identical typography, and both are depicted in all caps. Finally, the third term of the Counterfeit Website's logo, though not identical, is strikingly similar to Prepared Hero's third element. Namely, GEAR is in all caps, in red, in nearly the same typography, with similar phonetics, and is the exact four letter length to Prepared Hero's HERO portion of its mark. The change from HERO to GEAR is not enough to distinguish the marks. Visually, these marks are nearly identical.

23.     The Defendants have also confused and misled customers because the Counterfeit Website has copied Prepared Hero's contact information, leading customers to believe it is associated with Prepared Hero, the Counterfeit Website links to Prepared Hero's website, including Prepared Hero's Privacy, Shipping, and ToS pages, and the Counterfeit Website includes unauthorized copying of Prepared Hero's copyrighted webpages, reviews, images, and product descriptions.  Potential customers are confused by the Counterfeit Website, and believed the website was affiliated with Prepared Hero.  Customers contacted Prepared Hero directly when they realized the deception, as in the example below:



https://www.facebook.com/preparedhero/posts/pfbid0usZiiwtc3misGNUvM37GRZQaTETafiK
XqSKDexXyvEzmAVDUypUGJyM8cqWUSpezl?comment_id=741780177991070

    24.    The Counterfeit Website has offered and continues to offer bundled counterfeit products and the Defendants have copied Prepared Hero's copyrighted webpage. Shown below, there is first, a table comparing the images of the counterfeit products, second, a table comparing the Counterfeit Website's blatant copying of Prepared Hero's copyrighted webpage, and third, a closer view of the Counterfeit Website's blatant copying of Prepared Hero's genuine customer reviews:

//

//

//

//

//

//

//

//

//

//

//

//



[https://get.preparedgear.co/hfs-checkout#submit-step](https://get.preparedgear.co/hfs-checkout#submit-step)  (captured December 19, 2023)

25.     The Defendants' Counterfeit Website is not authorized by Prepared Hero, and the presence of this counterfeit site is an ongoing threat to Prepared Hero's business reputation and goodwill among consumers because it impersonates Prepared Hero's business.

26.     The Defendants' Counterfeit Website accepted payments through Stripe at a discounted price. (*Compare* Exs. F, G.) Stripe is a U.S.-based payment processor subject to orders

of this Court and subject to service of process in the United States.

27.     The Defendants offer to ship their counterfeit products to Wyoming, and the checkout page on Defendants' Counterfeit Website includes an option to list Wyoming as a state to which shipment can be made.

28.     Prepared Hero has completed a test purchase from the Counterfeit Website, for which payment was accepted by the Defendants.

29.     The Defendants' Counterfeit Website is not authorized by Prepared Hero, the presence of Defendants' counterfeit website is a threat to Prepared Hero's business, which has and will result in irreparable harm to Prepared Hero.

## FIRST CLAIM FOR RELIEF
### Copyright Infringement – '886 Copyright
### 17 U.S.C. § 106 *et seq*

30.     Prepared Hero incorporates and realleges each and every allegation in the preceding paragraphs as if fully set forth herein.

31.     Prepared Hero is the owner of U.S. Copyright Registration No. TX 9-343-886 (the "'886 copyright" or "Prepared Hero Page"). Exhibit E. Defendants have made and used unauthorized reproductions of the materials protected by the '886 Copyright in the Prepared Gear webpage without Prepared Hero's consent. *See* Exhibits A-D.

32.     Defendants' acts violate Prepared Hero's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 501, including its exclusive rights to produce, reproduce, and distribute copies of its work, to create derivative works, and to publicly display its work.

33.     Defendants' infringement has been undertaken willfully with the intent to financially gain from Prepared Hero's copyrighted work, and with full knowledge of Prepared

Hero's copyrighted work.

34.     Prepared Hero is entitled to its actual and/or statutory damages, disgorgement of Defendants' profits attributable to the infringement in an amount to be proved at trial, together with all other relief allowed under the Copyright Act.

35.     Because of Defendants' willful infringement, Prepared Hero is entitled to increased damages pursuant to 17 U.S.C. § 504(c)(2).  In addition, Defendants' infringement has caused and continues to cause irreparable harm to Prepared Hero, for which it has no adequate remedy at law. Unless this Court restrains Defendants from infringing Prepared Hero's copyrighted works the harm will continue to occur in the future.  Accordingly, Prepared Hero is entitled to a preliminary and permanent injunction.

**SECOND CLAIM FOR RELIEF**
**Trademark Infringement and Counterfeiting**
**15 U.S.C. § 1114**

36.     Prepared Hero incorporates and realleges each and every allegation in the preceding paragraphs as if fully set forth herein.

37.     15 U.S.C. § 1114(1)(a) prohibits any person from using in commerce, without the consent of the registrant, any trademark or any reproduction, counterfeit, copy, or colorable imitation thereof in connection with the marketing, advertising, distribution, or sale of goods or services which is likely to result in confusion, mistake, or deception.

38.     Defendants' use of the trademark "Prepared Gear" is confusingly similar to the federally registered Prepared Hero Mark, is spurious, and is applied to labels, signs, packages, and advertisements used in commerce on or in connection with the sale, offering for sale, distribution or advertising of goods or services and is likely to cause confusion, mistake or to deceive.

15

39.     Prepared Hero is the owner of all rights in the Prepared Hero Mark, which are federally registered.  *See* Exhibit G.  The Prepared Hero Mark is distinctive and is associated in the mind of the public exclusively with Prepared Hero.

40.     Defendants use of counterfeit marks in connection with the Counterfeit Websites on counterfeit goods is without Prepared Hero's consent or authorization.  Defendant's use, including the importation, sale, offer for sale, and/or distribution of its counterfeit products bearing the counterfeit marks in commerce, as well as the use of such marks in connection with the advertisement, sale, and offering for sale of goods is likely to cause confusion and mistake in the mind of the public, leading the public to believe that Defendants' products emanate or originate from Prepared Hero, or that Prepared Hero has approved, sponsored, or otherwise associated itself with Defendants or their Infringing Products.

41.     Through the unauthorized use of the Prepared Hero Mark and logos, Defendants are unfairly benefiting from and misappropriating Prepared Hero's goodwill and reputation.  This has resulted in substantial and irreparable injury to the public and to Prepared Hero and will continue to do so unless Defendants are enjoined.

42.     Defendants have actual and direct knowledge of Prepared Hero's prior use and ownership of the Prepared Hero Mark.  Defendants' conduct is willful and reflects Defendants' intent to exploit the goodwill and strong brand recognition associated with the Prepared Hero Mark. Defendants have a bad faith intent to profit from their use of the Prepared Hero mark and use a domain name that is confusingly similar to the Prepared Hero Mark. Defendants' acts constitute trademark infringement and counterfeiting in violation of the Lanham Act.

43.     Defendants' acts have caused, and will continue to cause, irreparable injury to

Prepared Hero.  Prepared Hero has no adequate remedy at law. Alternatively, Prepared Hero is entitled to damages in an amount to be determined at trial.

### THIRD CLAIM FOR RELIEF
**Lanham Act Unfair Competition**
**15 U.S.C. § 1125(a)**

44.     Prepared Hero incorporates and realleges each and every allegation in the preceding paragraphs as if fully set forth herein.

45.     Section 43(a) of the Lanham Act prohibits any person from using in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to result in confusion, mistake, or deception.

46.     Prepared Hero is the owner of the Prepared Hero webpage, its images, and its reviews, which are associated in the minds of consumers with Prepared Hero's products.

47.     Defendants use the Prepared Hero logo and reviews in connection with the sale of emergency gear.  Defendants' use, including the importation, sale, offer for sale, and/or distribution of emergency gear products based on Prepared Hero's logo and reviews, is likely to cause confusion and mistake in the mind of the public, leading the public to believe that Prepared Gear products emanate or originate from Prepared Hero or that Prepared Hero has approved, sponsored, or otherwise associated itself with Prepared Gear or its emergency gear products.

48.     Through the unauthorized use of Prepared Hero's images, logo, and reviews, Defendants have unfairly benefitted from Prepared Hero's goodwill and reputation.  This is likely to result in substantial and irreparable injury to the public and to Prepared Hero.

49.     Defendants have actual and direct knowledge of Prepared Hero's website, logo,

images, and reviews.  Defendants' conduct is willful and reflects its intent to exploit the goodwill

and strong brand recognition associated with Prepared Hero's emergency preparedness products.

50.     Defendants' acts constitute unfair competition and false advertising in violation of

the Lanham Act.

51.     Defendants' acts have caused and will continue to cause irreparable injury to

Prepared Hero.  Prepared Hero has no adequate remedy at law and is damaged in an amount to be

determined at trial.

**PRAYER FOR RELIEF**

Wherefore, Prepared Hero respectfully prays that the Court enter judgment in its favor and

award the following relief against Defendants:

A.     A judgment in favor of Prepared Hero that Defendants have infringed the registered

Prepared Hero Mark and engaged in counterfeiting;

B.     A judgment in favor of Prepared Hero that Defendants have willfully infringed the

Prepared Hero Mark;

C.     A judgment that Defendants have infringed the '886 Copyrights;

D.     A judgment in favor of Prepared Hero that Defendants infringement of the '886

copyrights has been willful;

E.     A judgment in favor of Prepared Hero that it is entitled to its actual damages and

Defendants' profits attributable to the infringement of the '886 copyright, in an amount to be

proved at trial, or in the alternative to statutory damages;

F.     A judgment in favor of Prepared Hero that it is entitled to increased damages

pursuant to 17 U.S.C § 504(c)(2) due to Defendants' willful infringement;

G.   An order and judgment enjoining Defendants' officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing the materials protected by the Prepared Hero '886 copyright;

H.   A judgment in favor of Prepared Hero that it is entitled to an award of its reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

I.   An order and judgment enjoining Defendants and their officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from further violating 17 U.S.C. § 1202;

J.   A judgment in favor of Prepared Hero that unauthorized Defendants' use of Prepared Hero's content constitutes unfair competition and false advertising in violation of 15 U.S.C. § 1125(a);

K.   A judgment in favor of Prepared Hero that, pursuant to 15 U.S.C. § 1117(a), it is entitled to its actual damages and Defendants' profits due to Defendants' violation of 15 U.S.C. § 1125(a), in an amount to be proved at trial;

L.   A judgment in favor of Prepared Hero that, pursuant to 15 U.S.C. § 1117(a), it is entitled to costs and attorney fees due to Defendants' violation of 15 U.S.C. § 1125(a);

M.   An order and judgment enjoining Defendants and their officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in active concert or participation with any of them, from infringing the registered Prepared Hero Mark; for the destruction of any infringing

19

articles; and for reasonable funds for corrective advertising to correct Defendant's misleading association with Prepared Hero;

      N.      An order transferring all of the domain names for the Counterfeit Website to Prepared Hero;

      O.      A judgment awarding Prepared Hero damages in an amount to be determined at trial for trademark counterfeiting and an accounting of Defendants' profits, and costs of the action pursuant to 15 U.S.C. § 1117;

      P.      In the alternative, statutory damages in the amount of $2,000,000 per counterfeit mark, for willful use of a counterfeit mark, pursuant to 15 U.S.C. § 1117(c)(2);

      Q.      Statutory damages of $100,000 per domain name, pursuant to 15 U.S.C. § 1117(d);

      R.      All other remedies to which Prepared Hero may be entitled, including all remedies provided for in 15 U.S.C. § 1117 *et seq.*;

      S.      A judgment trebling damages pursuant to 15 U.S.C. § 1117;

      T.      A judgment that this is an exceptional case, pursuant to 15 U.S.C. § 1117 with an award of Plaintiff's reasonable attorneys' fees; and

      U.      Any other relief the Court deems just and proper under all the circumstances.

## Demand for Trial by Jury

Prepared Hero demands a jury trial on all matters triable to a jury.

DATED this 17th day of January 2024.

Respectfully submitted,

By: /s/ Alaina M. Stedillie
Alaina M. Stedillie (# 6-4327)
Crowley Fleck PLLP
111 W 2nd. St., Ste. 220
Casper, WY 82601
Telephone:  307-265-2279
Fax:  307-265-2307
astedillie@crowleyfleck.com

Brian N. Platt (*pro hac vice forthcoming*)
Sarah Terry (*pro hac vice forthcoming*)
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707
bplatt@wnlaw.com
sterry@wnlaw.com

*Attorneys for Prepared Hero*

**VERIFICATION**

I, ___Joe Leone___, declare that I am the Founder and CEO of Prepared

Hero, Plaintiff in the above-captioned matter in the United States District Court for the District of

Wyoming. I authorized the filing of this Complaint. I have reviewed the factual allegations made

in this Complaint, and to those allegations of which I have personal knowledge, I know them to be

true. For those allegations of which I do not have personal knowledge, I believe them to be true

based on the information and documents I have reviewed in connection with the preparation of

this Complaint, and which are attached to the Complaint, including the Defendants' counterfeit

websites, product listings, product photos, and the products offered for sale.

Dated: January 10, 2024.

Verified by:

_____

___Joe Leone___, CEO
The Prepared Hero Company